Alexander E/ Potente SBN 208240
CLYDE & CO US LLP
150 California Street | 15th Floor
San Francisco, CA 94111
Tel.: 415-365-9800 / Fax: 415-365-9801
Emails: alex.potente@clydeco.us

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>                                Plaintiff(s),<br>v.<br>COUNTY OF SAN BERNARDINO<br><br>                                Defendant(s). | CASE NUMBER<br>5:22-cv-01524-JAK-PD<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| January 18, 2023 | */s/ Alexander E. Potente* |
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.



## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SOLANO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 150 California Street, 15th Floor San Francisco, California 94111.

On January 18, 2023, I served true copies of the following document(s) described as **Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 18, 2023, at Rio Vista, California.

*/s/ Trish Marwedel*

Trish Marwedel